UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ELI FLORES,**

*Plaintiff,*

v.   Case No. SA-23-CV-01430-JKP

**HEB,**

*Defendant.*

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff Eli Flores's Motion to Vacate Arbitration Award, Magistrate Judge Elizabeth Chestney's Report and Recommendation (R&R), Flores's objections, and Defendant HEB's response to Flores's objections. *ECF Nos. 34,39,42,43*. Also before the Court is Flores's Motion to Strike HEB's Response to Objections and HEB's Response to this Motion. *ECF Nos. 44,45,46*.

Upon consideration, the Court **ACCEPTS AND ADOPTS** the R&R, **DENIES** the Motion to Vacate Arbitration Award, and **DENIES** the Motion to Strike.

This case was administratively closed on July 16, 2025. The Clerk of Court is **DIRECTED** to lift the administrative closure and stay and reopen this case.

### Discussion

Magistrate Judge Chestney issued an R&R on Flores's Motion to Vacate Arbitration Award on November 6, 2025. Flores filed timely objections, and HEB responded. Flores moved to strike HEB's response.

When a party objects to an R&R, the Court must make a de novo determination as to "any

part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see United States. v. Wilson,* 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied,* 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered. *Battle v. U.S. Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987)(quoting *Nettles v. Wainwright,* 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass* v. *U.S. Auto. Ass'n,* 79 F.3d 1415 (5th Cir. 1996)). The district court will review any portion of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson* 864 F.2d at 1221.

This Court reviewed all of Flores's objections and finds most to be recitation of his general arguments supporting his position in this case or conclusory. *See generally ECF No. 42*. The Court construed the objections liberally and reviewed the R&R de novo. The Court finds the R&R is in all things correct and should be accepted.

The Court, therefore, **ADOPTS** Magistrate Judge Chestney's R&R (*ECF NO. 39*) and, for the reasons set forth therein, Flores's Motion to Vacate Arbitration Award (*ECF No. 34*) is **DENIED.**

Flores's Motion to Strike (*ECF No. 44*) is **DENIED.**

The Clerk of Court is **DIRECTED** to lift the administrative closure and stay and reopen this case.

It is so **ORDERED**.
SIGNED this 18th day of December, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE